IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA


MARY ANAYA, et al.,                    )          4:07CV3254
                                       )
              Plaintiffs,              )
      v.                               )          **ORDER**
                                       )
CHRISTINE PETERSON, et al.,            )
                                       )
              Defendants.              )


        IT IS ORDERED that Plaintiffs' motion for an enlargement of time (filing 17) is granted, as follows:

        Plaintiffs shall have until February 21, 2008, to respond to Defendants' motion to dismiss (filing 14).


        January 14, 2008.                BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge