```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARY and JOSUE ANAYA, individually and as the Next Friend of JOEL EZEKIEL ANAYA, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3254 |
| v. | ) ) | |
| CHRISTINE PETERSON, et al., | ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

The parties' report of planning conference states that they agree a delay is necessary in scheduling this case, due to the pending motion to dismiss.  I agree and shall allow them to provide me new dates once the court has ruled on the motion.

IT THEREFORE HEREBY IS ORDERED,

The parties are given until ten days following the court's ruling in which to confer further and inform the undersigned of their revised proposed deadlines for an initial progression order.

DATED this 31st day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge