IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY and JOSUE ANAYA, individually and as the Next Friend(s) of JOEL EZEKIAL ANAYA, | ) ) ) | 4:07CV3254 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| CHRISTINE PETERSON, in her individual and official capacity as Director of the Department of Health and Human Services, JULIE MILLER, in her individual and official capacity as Coordinator of the Nebraska Department of Health and Human Services Newborn Screening Program, and KRYSTAL BAUMERT, in her individual and official capacity as Follow-Up Coordinator, Newborn Screening Program, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Plaintiffs' motion for leave to amend (filing 22) is granted, and Plaintiffs shall file their second amended complaint within 10 days.

2. Defendants' motion to dismiss (filing 14) is denied without prejudice.

3. Plaintiffs' motion for an enlargement of time (filing 23) is denied without prejudice.

4. Defendants' suggestion of mootness (filing 25), treated as a motion, is denied without prejudice.

March 10, 2008.                         BY THE COURT:
                                        s/ *Richard G. Kopf*
                                        United States District Judge