```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| MARY and JOSUE ANAYA, individually and as the Next Friend of JOEL EZEKIEL ANAYA, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE PETERSON, et al., <br><br> Defendants. | 4:07CV3254 <br><br> MEMORANDUM AND ORDER |

The parties have informed the court by telephone that new defendants have been added to this case and that all of the added defendants have not answered. The parties therefore request additional time to comply with the court's order of January 31, 2008.

IT THEREFORE HEREBY IS ORDERED,

The joint oral motion of the parties is granted and the parties are given fourteen days from the date all defendants have answered or otherwise plead to confer further and inform the undersigned of their revised proposed deadlines for an initial progression order.

DATED this 26th day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge