IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY and JOSUE ANAYA, individually and Next Friend of JOEL EZEKIEL ANAYA, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3254 |
| v. | ) ) | |
| CHRISTINE PETERSON, in her individual and official capacity as Director of the Department of Health and Human Services, JULIE MILLER, in her individual and official capacity as Coordinator of the Nebraska Department of Health and Human Services Newborn Screening Program, KRYSTAL BAUMERT, in her individual and official capacity as Follow-Up Coordinator, Newborn Screening Program, DON KLEINE, in his individual and official capacity as Douglas County Attorney, and NICOLE GOALEY, in her individual and official capacity as an Assistant Douglas County Attorney, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED,

The motion of the State defendants for continuance, filing 42, is granted, and the Rule 16 telephone planning conference is rescheduled from June 10 to **June 9, 2008 at 11:30 a.m.** Plaintiff's counsel shall initiate the call.

DATED June 4, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge