IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY and JOSUE ANAYA, individually and as next friends of JOEL EZEKIAL ANAYA, | ) ) ) ) ) | 4:07CV3254 |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| CHRISTINE PETERSON, et al., | ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiffs' motion for an enlargement of time (filing 53) is granted, as follows:

    Plaintiffs shall have until September 15, 2008, to respond to Defendants' motions for summary judgment (filings 47, 49).

September 8, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge