IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY ANAYA, individually and as the Next Friend of, and JOSUE ANAYA, individually and as the next friend of, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3254 |
| v. | ) ) | |
| DON KLEINE, in his individual and official capacity as Douglas County Attorney, and NICOLE GOALEY, in her individual and official capacity as an Assistant Douglas County Attorney, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The court has been advised that there are no issues pending other than the issues in the summary judgment motions and that a pretrial conference is unnecessary.

IT THEREFORE HEREBY IS ORDERED,

The pretrial conference is cancelled, and the matter is submitted on the summary judgment motions.

DATED this 25th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge