IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY and JOSUE ANAYA, individually and as next friends of JOEL EZEKIEL ANAYA, | ) ) ) ) | 4:07CV3254 |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| DON KLEINE, in his individual and official capacity as Douglas County Attorney, and NICOLE GOALEY, in her individual and official capacity as an Assistant Douglas County Attorney, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Inasmuch as the parties have indicated that this matter should be decided on their pending cross-motions for summary judgment, and have caused the pretrial conference to be cancelled (see filing 66),

IT IS ORDERED that this matter is removed from the court's trial docket for the week of December 15, 2008.

November 26, 2008.                    BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge